# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>JUAN EMILIO ROMAN GARCIA<br><br><br><br>Debtor | Case No. 18-07534<br>Chapter |
| JUAN EMILIO ROMAN GARCIA<br><br>Plaintiff<br><br>v.<br><br>THE LAW OFFICES OF RICHARD B. ROSENBLATT, PC<br><br>Defendants | Adv. P. No. 20-00015<br><br>WILLFUL VIOLATIONS OF THE AUTOMATIC STAY; ACTUAL AND PUNITIVE DAMAGES |

## ANSWER TO ORDER TO SHOW CAUSE AND MOTION FOR VOLUNTARY DISIMISSAL OF THE CAPTIONED ADVERSARY PROCEEDING WITH PREJUDICE

**TO THIS HONORABLE COURT:**

**COMES NOW**, Plaintiff, Juan Emilio Roman Garcia, represented by the undersigned attorney and in support of this Motion very respectfully STATES, ALLEGES, and PRAYS as follows:

1. On January 30, 2020, the Plaintiff filed the instant adversary proceeding against Defendant, for the willful violation of the automatic stay.

2. To the present day, the Defendant has not filed an appearance nor has Defendant filed an Answer. No responsive pleadings have been filed by Defendant.

3. On May 22, 2020 this Honorable Court entered and Order for the Debtor To Show Cause as to why the instant case should not be dismissed for failure to prosecute. *See*, Dk. #8.

4. After due consideration, the Plaintiff has agreed to dismiss the instant case, with prejudice.

**WHEREFORE,** the Plaintiff respectfully moves this Honorable Court to dismiss with prejudice the captioned Adversary Proceeding.

### NOTICE TO ALL PARTIES IN INTEREST

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. If no response is filed within the prescribed period of time the Court may enter an order granting the relief herein requested.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico, this 30th day of May 2020.

**THE BATISTA LAW GROUP, PSC.**
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
Counsel for Plaintiff

/s/ William Rivera Vélez
William Rivera Vélez
USDC No. 229408
E-mail: wrv@batistasanchez.com