```
IN THE UNITED STATES BANKRUPTCY COURT FOR
         THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE: | CASE NO. 18-07534-ESL13 |
| JUAN EMILIO ROMAN GARCIA | Chapter 13 |
| Debtor(s) | ADVERSARY NUMBER: 20-00015-ESL |
| JUAN EMILIO ROMAN GARCIA | |
| Plaintiff(s) | |
| THE LAW OFFICES OF RICHARD B. ROSENBLATT, PC | FILED & ENTERED ON JUN/01/2020 |
| Defendant(s) | |

ORDER

Upon the notice for voluntary dismissal of the complaint filed by Plaintiff Juan Emilio Roman Garcia (Docket #10), the hearing scheduled for June 12, 2020 at 9:30 A.M. is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1 day of June, 2020.

*Enrique S. Lamoutte*
United States Bankruptcy Judge